# United States District Court

**DISTRICT OF** _____

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
    Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

Louis Connor d/b/a Design Wiring,
    Defendant

and

Sovereign Bank,
    Trustee

CASE NUMBER: **04cv10710 MEL**

TO: (Name and address of defendant)

  Louis Connor
  d/b/a Design Wiring
  43 Trull Road
  Tewksbury, MA  01876

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Anne R. Sills, Esquire
  Segal, Roitman & Coleman
  11 Beacon Street
  Suite #500
  Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  4-8-04

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

**Middlesex, ss.**

April 21, 2004

I hereby certify and return that on 4/21/2004 at 11:40AM I served a true and attested copy of the SUMMONS AND COMPLAINT,EXHIBITS in this action in the following manner: To wit, by leaving at the last and usual place of abode of LOUIS CONNOR DBA DESIGN WRING, , 43 TRULL Road TEWKSBURY, MA 01876 and by mailing 1st class to the above address on 4/21/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($1.50), Postage and Handling ($3.00), Travel ($13.44) Total Charges $47.94

*George A. Hooper*

Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                               Signature of Server

                                                   _____
                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.