UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 18 P 1:24

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as he is ADMINISTRATOR, ELECTRICAL WORKERS' HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' SUPPLEMENTARY HEALTH AND WELFARE FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' JOINT APPRENTICESHIP AND TRAINING FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' EDUCATIONAL AND CULTURAL FUND; ANTHONY J. SALAMONE, as he is ADMINISTRATOR, NATIONAL ELECTRICAL BENEFIT FUND; and LOCAL 103, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, | |
| Plaintiffs, | |
| vs. | C.A. No. 04-10710 MEL |
| LOUIS CONNOR d/b/a DESIGN WIRING, Defendant, | |
| and | |
| SOVEREIGN BANK, Trustee. | |

## NOTICE OF DISMISSAL

Plaintiffs, Russell Sheehan, as he is Administrator, Electrical Workers' Health and Welfare Fund, Local 103, I.B.E.W., et al. herein notify this Court, pursuant to Rule 41(a)(1), Fed.R.Civ.P., that this case is dismissed as to the defendant, with prejudice and without costs.

Respectfully submitted,

RUSSELL F. SHEEHAN, as he is
ADMINISTRATOR, ELECTRICAL

WORKERS' HEALTH AND WELFARE
FUND, LOCAL 103, I.B.E.W., et al,

By their attorneys,

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: June 17, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Dismissal has been served by certified and first class mail upon Louis Connor d/b/a Design Wiring at 43 Trull Road, Tewksbury, MA 01876 this 17th day of June, 2004.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

ARS/gag&ts
3013 99-241/notofdis.doc